IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__James Osteen__ )
Full name and prison number of )
plaintiff(s) )
)
)
v. )   CIVIL ACTION NO. __2:05CV952-T__
__Judge Frank L. Mcguire III__ )   (To be supplied by the Clerk of the
)        U.S. District Court)
_____ )
_____ )
)
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons)   )

Received 2005 SEP 27 A 10: 03

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:
       Plaintiff(s) __James Osteen__
       Defendant(s) __Shireff; Anthony Clark, Leland Enzor, Jr., et Al.,__

   2.  Court (if federal court, name the district; if state court, name the county)
       __In the United States District Court for the Middle Dist. of Alabama__

   3.  Docket No. __2:05-CV-715-A (WO) Doc. 2__

   4.  Name of Judge to whom case was assigned __Charles S. Coody__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ~~yes~~ no

6. Approximate date of filing lawsuit Aug. 5, 2005

7. Approximate date of disposition Aug 31, 2005

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Dr. Andalusia Ala 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail 290 Hillcrest Dr Andalusia Al, 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS

1. Judge; Frank L. McGuire III

2.

3.

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 27, 2004, - Nov. 2d Arrest June 27, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Amendment VIII, excessive fines imposed, nor cruel and unusual punishment inflicted nor Bail (SEC.)-22, "No person shall be imprisoned for debt"

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Frank L. McGuire III. Violated consistently My Right to Bail excessive fines and unusual punishment by Jail Term nor the right to be released from institution of correction

GROUND TWO: Amendment VI Restriction of Judicial power.

SUPPORTING FACTS: Judge, McGuire III violated constitutional Right to Hearing freedom of Speech violated Right to appoint counsel under Indigent Clause

GROUND THREE: Amendment XIV citizenship Rights not to be abridged by State

SUPPORTING FACTS: McGuire in the course stated 1998-2004 have violated Rights as a citizen of the State without representation or counsel I being uninformed to law. And Indigent punished by Jail Term often without Due Process of law

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
In Juctive Relief Monitary Damage Summlarly $5,000.00 and Remove of case and disqualificate of Judge, Frank L. McGuire III, and Removel from bench

X James O'Steen
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
                  (date)

X James O'Steen
Signature of plaintiff(s)

-3-