District court Judge; Frank L. McGuire III

RECEIVED
2005 OCT -6  A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

RECEIVED
2005 SEP 27  A 10:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sir Honorable; Judge; Frank L. McGuire III

I James Osteen Am Requesting by motion for Trial by Jury under Case No# CS-2004-46.01 DHR No# 31648, Case No# CS-1998-38, DHR No# 32495. This cases Defendant would like be approved by due process of law Canon (3)-(A-1) A Judge Should be faithful to the law and maintain professional Competence in it. He Should be unswayed by partisan interests, public clamor or fear of criticism. be swayed by State Attorney to Denied Right to fair trial a Right to Counsel and right to fair Hearing and freedom of speech. Right to prepair for trial. this would be Violation of Canon (3) A-2-3 please allow Equal protect of law within these courts of law. have begun to insure Justs within State and county Guide line for Justice please Redress within 10 Days

Alabama Criminal Appeals court

To: whom it may concern



I James Osteen am Incarcerated in the Covington County Jail 290 Hillcrest Dr. Andalusia Ala, 36420. failure to pay childsupport. last year arrested May 27, 2004 for nonpayment Released in Nov.
Second arrest June 27, 2005 8:00 pm. I have never failed to go to court and tried without Repensentation of counsel being Indigent the court has fail to appoint counsel, and have not be Trial with in due process Judge; Frank L. McGuire III, Violated did Happen from Frank L. McGuire III, He Violated A Judgicial ethics, Canon(3)-(A1) Judge should be faithful to the law and maintain professional competence in it. He should be unswayed by State Attorney to Denied me aright to fair Trial a Right to fair Hearing and Right to freedom of speech, a right to prepare for trial. the Judge has violated Canon (3)-B-1-2-3-4 And Canon (1), Canon (2) A-B, and Canon-B-1-2-3-4 and should be disqualification from my case Canon (3)-C-1-2, He did give me unlawful Sentence and violated my constitutional Rights.

In the District Court of
Covington County, Alabama

State of Alabama ex rel
Lisa Mitchell
    Plaintiff

vs.

James Osteen
    Defendant

Case No# CS-2004-46.01
DHR No#. 31648

Motion; Coram nobis proceeding

## Motion for Trial by Jury

Come's now the Defendant motion to pro/se
(A) Defendant unlearned in law, and Indigent motion court to Appoint Counsel. (B) Defendant motion for due process under United States Constitution. Defendant has a Right to counsel, and Trial by Jury

1. Amendment VII
"Trial by Jury in Civil cases"
In common law where the Value in controversy shall "Exceed twenty Dollars" The Right to Trial by Jury Shall be preserved and no fact Tried by Jury Shall be other wis Re-Examined in Any Court of the United States, than According to the Rules of the Common law.

2. Amendment IV
"Reservation of Right of the people"
the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others Retained by the people.

In the District Court of
Covington County Alabama

RECEIVED
2005 SEP 27 A 10: 03
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

State of Ala excl
Casey Brooks
Plaintiff

vs

James Osteen,
Defendant

Case No# CS-1998-38.03
DHR No# 32495

Motion: "coram nobis proceeding"

## Motion for Trial by Jury

Come's now the ~~Defendant~~ **Defendant**; James Osteen motion to pro; se ~~Defendant~~ unlearned in law, and Indigent motion Court to Appoint counsel ~~Defendant~~ motion for due process under United States Constitution

1. Amendment VII
"Trial by Jury in civil cases"
In suit at common law where the <u>value in controversy shall "exceed twenty Dollars"</u> The Right to Trial by Jury Shall <u>be preserved and</u> no fact tried by Jury <u>Shall be other wise re-examined in any court of the United States,</u> than <u>According to the Rules of the common law.</u>

2. Amendment IX"
"Reservation of Right of the People"
The enumeration in the Constitution of certain Rights Shall not be construed to deny or disparage others retained by the people.

Form C-10
Page 1 of 2
Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Case Number
CC - 2003 -

IN THE __District Court__
(Circuit, District, or Municipal)

COURT OF __Covington County__, ALABAMA
(Name of County or Municipality)

STYLE OF CASE: __Lisa Mitchell__
Plaintiff(s)

v. __James Osteen__
Defendant(s)

2005 OCT -6 A 9:28

TYPE OF PROCEEDING: __nonsupport__

CHARGE(s) (if applicable): __Cases No. CS-1998-38.03__
__Cases No. CS-2004-46.01__

☐ CIVIL CASE - I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☒ CIVIL CASE - (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☒ CRIMINAL CASE - I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. IDENTIFICATION
   Full name __James Osteen__
   Spouse's full name (if married) __Lisa Mitchell__    Date of birth __3-04-81__
   Complete home address __25688 Grimes Ally rd Andalusia AL, 36421 in Jail Right now__
   Number of people living in household __5 #__
   Home telephone number __(334) 222-2666__
   Occupation/Job __none__
   Driver's license number __Don't know it!__    Length of employment _____
   Employer __none__    *Social Security Number __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__
   Employer's address __none__    Employer's telephone number __none__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other __none__

3. INCOME/EXPENSE STATEMENT
   Monthly Gross Income:
   Monthly Gross Income
   Spouse's Monthly Gross Income (unless a marital offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc.
   Other Income (be specific) _____
   $ __0__

   TOTAL MONTHLY GROSS INCOME    $ _____

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage
      Total Utilities: Gas, Electricity, Water, etc.
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)
   $ _____    __0__

TIONAL

Form C-10 Page 2 of 2   Rev. 2/95

## AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) __Rent $100.00__   Rent
                                                ChildSport
                                                Fines/P.O.

A $ 100.00

Sub-Total                                      $ 500.00

B. Child Support Payment(s)/Alimony

B $ 100.00

Sub-Total                                      $ _____

C. Exceptional Expenses                        $ 700.00

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**                  $ 700.00

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)
   Equity in Real Estate (value of property less what you owe)
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
   Other (be specific)
   Do you own anything else of value? ☐ Yes ☐ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____

   $ 0

TOTAL LIQUID ASSETS                            $ _____

5. **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _July_, _2003_.

_James Osteen_
Affiant's Signature

_James Osteen_
Print or Type Name

_____
Judge/Clerk/Notary

## ORDER OF COURT

SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ per month toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: First to any appointed attorney's fees, then to any other assessments that may be levied in this proceeding, and then, any balance remaining thereafter to be refunded.
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that Hon. _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _18th_ day of _July_, _2003_.